

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT JOSEPH GAUDET, JR., | § | No. 08-23-00075-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| v. | § | 243rd Judicial District Court |
| ICON CUSTOM HOME BUILDER, LLC and JUANA GARCIA, | § | of El Paso County, Texas |
| | § | (TC# 2020DCV3607) |
| Appellees/Cross-Appellants. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's judgment to the extent it ordered that Appellees/Cross-Appellants recover judgment against Appellant/Cross-Appellee. We otherwise affirm the judgment to the extent it ordered that Appellant/Cross-Appellee take nothing from Appellees/Cross-Appellants. Finding good cause, we order each party to pay their own costs of appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, J., and Barajas, C.J. (Senior Judge)
Alley, C.J. (dissenting)
Barajas, C.J. (Senior Judge) (Sitting by Assignment)